UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**NORMAN PAUL TRAHAN**                                              **CIVIL ACTION**

**VERSUS**                                                                              **NO: 08-3773-LMA-SS**

**TERREBONNE PARISH
DEPARTMENT OF CORRECTIONS
AND REHABILITATION, et al**

## REPORT AND RECOMMENDATION

Before the undersigned is the motion of a defendant, Louisiana Department of Public Safety and Corrections ("DPSC"), to dismiss the claims of the plaintiff, Norman Paul Trahan ("Trahan"), with prejudice. Rec. doc. 3. The motion was referred to the undersigned. Trahan filed a statement in which he agrees with DPSC's motion and requests that it be granted with prejudice. Re. doc. 8.

## RECOMMENDATION

IT IS RECOMMENDED that the DPSC's motion to dismiss (Rec. doc. 3) be GRANTED and that Trahan's claims against DPSC be dismissed with prejudice.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure

to object.  <u>Douglass v. United Servs. Auto. Ass'n</u>, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 15th day of August, 2008.

                                                  **SALLY SHUSHAN**
                                                  **U.S. MAGISTRATE JUDGE**