UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORMAN PAUL TRAHAN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-3773-LMA-SS** |
| **TERREBONNE PARISH DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al** | |

**O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that: (1) the motion of the Louisiana Department of Public Safety and Corrections ("DPSC") to dismiss (Rec. doc. 8) is GRANTED; and (2) the claims against the DPSC are dismissed with prejudice.

New Orleans, Louisiana, this ____9th____ day of September, 2008.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE